UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER WILSON,

Plaintiff,

v.

JAMES E. DZURENDA, et al.,

Defendants.

Case No.: 2:26-cv-00601-JAD-BNW

**ORDER**

This action began with an application to proceed *in forma pauperis* filed by state prisoner Christopher Wilson. ECF Nos. 1, 4. Plaintiff has not filed a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. Because Plaintiff is self-represented, he must personally sign every filing that he submits to the Court. *See* Fed. R. Civ. P. 11(a).

It is therefore ordered that Plaintiff has **until March 19, 2026**, to file a signed complaint with the Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can comply with LSR 2-1 and file a signed complaint.

The Clerk of the Court is kindly directed to send Plaintiff Wilson this Court's approved 42 U.S.C. § 1983 complaint form for an inmate with instructions.

DATED: March 5, 2026

UNITED STATES MAGISTRATE JUDGE .